# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2755
LT Case No. 2005-CF-009030-A

_____

EDWARD A. DOLANSKY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

William R. Ponall, of Ponall Law, P.A., Maitland, for Appellant.

James Uthmeier, Attorney General, and Amanda Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

May 28, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____